cv5-590 



TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00590-CV







William Waters, Jr.; Juaniece Madden; W. H. Bauer, Sr.;


Louise Bauer; and W. H. Bauer, Jr., Appellants



v.



Calhoun County, Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT


NO. 95-11140, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING







PER CURIAM



 Appellants collectively move to dismiss this appeal pursuant to Texas Rule of
Appellate Procedure 59(a). The motion is granted. We dismiss this appeal.


Before Chief Justice Carroll, Justices Jones and B. A. Smith

Appeal Dismissed on Appellants' Motion

Filed: November 22, 1995

Do Not Publish